UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MINUTE ORDER**

| | |
|---|---|
| Type hearing: | Arraignment - **NON-EVIDENTIARY** |
| Case number: | 4:12-CR-249-Y |
| Defendant: | STEPHAN HAMILTON (1), sworn |
| Court Reporter: | Ana Warren |
| Interpreter: | |
| US attorney: | Chris Wolfe |
| Defense attorney: | CHRIS CURTIS (1) |
| Time in Court: | 2 minutes |
| Judge: | Magistrate Judge Jeffrey L. Cureton |
| Date of hearing: | 1/2/2013 |
| Status: | STEPHAN HAMILTON (1) defendant entered a plea of not guilty as to count 1 as charged in the one-count indictment. Pre-Trial Conference is set for February 7, 2013, at 3:00 p.m. Trial is set for February 11, 2013, 2013, at 1:30 p.m. Defts' detention is continued Defendant waived reading of the indictment. |
| Days in Court: | one |
| Hearing concluded: | Yes |
| Deputy Clerk: | Julie Harwell |

Other Information: _____

*[Stamp: U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED JAN -2 2013 CLERK, U.S. DISTRICT COURT By _____ Deputy]*